*John A. East III,* assistant state's attorney, in opposition.

Decided October 17, 1996

DOUGLAS BROWN, ADMINISTRATOR (ESTATE OF GREGORY BROWN) *v.* BOARD OF EDUCATION OF THE CITY OF MILFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 824 (AC 14310), is denied.

*Penn Rhodeen,* in support of the petition.

*Ronald D. Williams, Sr., Ronald D. Williams, Jr.,* and *Michael C. Deakin,* in opposition.

Decided October 17, 1996

STATE OF CONNECTICUT *v.* CHARLES D. TYSON III

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 61 (AC 15283), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided October 17, 1996